IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DONALD NEWELL, JR.,

    Plaintiff,

v.

STATE OF WISCONSIN, MS. RIBBLE,
MR. MURPHY and MR. STRAHOTA,

    Defendants.

JUDGMENT IN A CIVIL CASE

17-cv-67-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case for plaintiff Donald Newell, Jr.'s failure to state a claim upon which relief may be granted.

/s/                                         5/8/2017

Peter Oppeneer, Clerk of Court            Date